26013. TAYLOR *et al. v.* STRIPLAND, sheriff, for use, etc.

GUERRY, J. In a suit by a sheriff for the use of another person, on a' forthcoming bond, the plaintiff is entitled to recover the amount of the fi. fa., when it appears that the property levied on was of a value equal to or in excess of the amount of the fi. fa., and the obligor failed to deliver same at the time and place of sale, according to the bond, the sheriff testifying that he has not been paid. There being no plea of payment and no evidence of payment to the plaintiff in fi. fa., or to any one else, damage was shown. The court did not err in directing the verdict for the plaintiff.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED APRIL 9, 1937.

*A. W. Vandiviere, R. E. Kirby,* for plaintiffs in error.

26028. TIDWELL *v.* ANDERSON.

GUERRY, J. 1. The jury were authorized to find, under the evidence, that the share-cropper had complied with his contract, and that the landlord refused, after demand, to make settlement. Under such facts the cropper was entitled to a verdict and judgment for his contracted part of the crop produced, after deducting therefrom the advances made to him by the landlord.

2. An assignment of error on a quoted extract from a charge to the jury will not be considered by this court, when it fails to point out wherein the quoted charge was erroneous, or why it should not have been given, and wherein it was prejudicial to the complaining party; the charge as a whole not being set out or made a part of the record.

*Judgment affirmed. Broyles, C. J., and MacIntyre, J., concur.*

DECIDED APRIL 9, 1937.

*J. P. Fowler,* for plaintiff in error.